Form FIND

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re: Salt House, LLC<br>  dba Salt House<br>  dba The Salt House<br>      Debtor(s) | Case No.: 20–30602 HLB 7<br><br>Chapter: 7 |

## FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑ Janina M. Hoskins is discharged as trustee of the estate of the above–named debtor and the bond is canceled.

☑ the chapter 7 case of the above–named debtor is closed;

and

☐ Other


Dated: <u>5/18/23</u>　　　　　　　　　　　　By the Court:

　　　　　　　　　　　　　　　　　　　　　Hannah L. Blumenstiel
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge